IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 21CR197-KG

DREW BECK,

    Defendant.

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND DISCHARGING DEFENDANT FROM FURTHER SUPERVISION

THIS MATTER is before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release. The Court having reviewed the defendant's motion, having considered that the motion is unopposed by the Government and United States Probation, and; further, that the motion by Drew Beck, having been filed in accordance with the provisions of 18 USC §3583(e)(1) and Federal Rule of Criminal Procedure 32.1 and it appearing that such action is warranted by the conduct of the Defendant and is in the interest of justice; the Court thus being fully advised in the premises finds that Defendant's motion is well-taken and should be GRANTED.

The Court finds that in this matter the defendant has complied with the terms and conditions of his supervised release and has completed more than two years and three months of his three-year term of supervised release.   The Defendant has demonstrated he can conduct himself in a law-abiding manner that does not endanger society. Termination

of Defendant's supervised release would aid the Defendant in his ability to make decisions regarding his family's future without necessitating United States Probation's supervision and approval.

Based on the above information, IT IS HEREBY ORDERED that Defendant's Motion be GRANTED.   Defendant's term of supervised release is hereby terminated effective immediately.   Defendant, Drew Beck, is hereby discharged from further supervision in this matter.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.